JAMES EAGLE, Appellant, *v.* CITY OF NEW YORK, Respondent.

Submitted November 22, 1948; decided December 3, 1948.

*Robert Klonsky* and *Jacob Rassner* for motion.

*John P. McGrath, Corporation Counsel (Seymour B. Quel* and *Fred Iscol* of counsel), opposed.

Motion dismissed, with $10 costs and necessary printing disbursements upon the ground that the motion in the Appellate Division for leave to appeal to this court was not timely made. (See *City of Long Beach* v. *Madden,* 297 N. Y. 578; *Heller* v. *Inter-American Business Co.,* 297 N. Y. 586; *Whitford* v. *Whitford,* 285 N. Y. 618.)